**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7879**

———————————

MICHAEL F. DEHONEY,

                                    Plaintiff - Appellant,

        versus

MARGARET B. SEYMOUR, U. S. Magistrate; WILLIAM
B. TRAXLER, U. S. District Judge; WILLIAM J.
CLINTON, President of the United States,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Joseph F. Anderson, Jr., William B.
Traxler, Jr., District Judges. (CA-96-1539-5-17JI)

———————————

Submitted: April 16, 1998          Decided: April 30, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael F. Dehoney, Appellant Pro Se. Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a South Carolina inmate, appeals the district court's orders denying relief on his <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997), denying his motion to reconsider, and denying his motion for a preliminary injunction. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Dehoney v. Seymour</u>, No. CA-96-1539-5-17JI (D.S.C. Sept. 30, 1997; Nov. 7, 1997 & Nov. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>